

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-26-2012

# Merrill Lynch Pierce Fenner Sm v. Cheryl Schwarzwaelder

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-2605

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Merrill Lynch Pierce Fenner Sm v. Cheryl Schwarzwaelder" (2012). *2012 Decisions.* Paper 14.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/14

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2605
_____

MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED,
Appellant

v.

CHERYL SCHWARZWAELDER

(W.D. Pa. No. 2-11-cv-00107 and No. 2-11-cv-00162)

Present: SLOVITER, RENDELL, and VANASKIE, <u>Circuit Judges</u>

**ORDER**

Upon careful consideration of the parties' written submissions and oral argument,

IT IS HEREBY ORDERED that the opinion and judgment entered August 13, 2012 in

the above captioned case are hereby reinstated.


By the Court,


<u>/s/ Thomas I. Vanaskie</u>
Circuit Judge

Dated: December 26, 2012
CJG/cc: Joseph H. Chivers, III, Esq.
      Patricia A. Tsipras, Esq.
      Lauren D. Rushak, Esq.
      Michael J. Fortunato, Esq.